# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br><br>**23920 Gould Rd., Parker, AZ 85344** | Case No.  24-04410 MB |

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of    Arizona (identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____December 9, 2024_____ .
                                                                                           *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for_____ days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  November 25, 2024                    *Camille D. Bibles*  Digitally signed by Camille D. Bibles
                                                                                              Date: 2024.11.25 10:00:52 -07'00'
                                                                                              *Judge's signature*

City and State:  Flagstaff, Arizona                          Honorable Camille D. Bibles, U.S. Magistrate Judge
                                                                                              *Printed name and title*

## Attachment A

## Place to be Searched

The single-family residence located at **23920 Gould Rd., Parker, AZ 85344**, including the curtilage and any outbuildings or storage sheds located on the property, as depicted in the below photograph.



## Attachment B

## Items to be Seized

All items, records, or other property amounting to evidence and instrumentalities of the crimes of, Title 18, United States Code, Sections 1153, 2241(c) and 2246, Aggravated Sexual Abuse of a Child, involving CYLUS MILLER ALVARADO and committed in the approximate one year period prior to June 13, 2023:

A. Children's clothing and other children's items.

B. Clothing, bedding, towels, paper towels, napkins, and similar items.

C. Objects that could be used to sexually assault a victim.

D. Used condoms.

E. Any evidence of physical or sexual assault or items containing such evidence, including but not limited to blood or semen evidence, biological substances that appear to be blood or semen, other substances appearing to be bodily fluids, hairs, fibers, and fingerprints (seen and unseen), and other forensic or trace evidence.

F. Indicia of occupancy and/or ownership of the residence (including visitors to the residence), including mail (e.g., bills) showing a person's address; ownership documents such as deeds, tax documents, or bills of sale; leases or rental documents; identification cards; photographs; and court documents.

G. Photographs and/or video of the entire interior and exterior of the residence described in Attachment A.

- 2 -

In the event any of the property described in Attachment A is locked or otherwise secured, or the agents/officers encounter safes, locked cabinets, and/or other secured containers and/or devices in/on the property described in Attachment A, the investigators may access the property, safe(s), locked cabinet(s), or other secured containers and/or devices to search for evidence as described above.

Further, if the agents/officers deem it necessary to effectuate the search, the agents/officers may physically remove structural components or portions thereof (such as sections of walls, flooring, or other surfaces) to preserve and secure evidence.

| Return | | |
|---|---|---|
| Case No.:<br>24-04410 MB | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

                                                                         *Executing Officer's Signature*

                                                                           *Printed Name and Title*

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of | Case No. 24-04410 MB |
|---|---|
| **23920 Gould Rd., Parker, AZ 85344** | |

## ELECTRONICALLY SUBMITTED APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (*identify the person or describe the property to be searched and give its location*):

**As further described in Attachment A.**

Located in the District of   Arizona  , there is now concealed (*identify the person or describe the property to be seized*):

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is (*check one or more*):
&boxtimes; evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
&boxtimes; property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153, 2241(c) & 2246 | Aggravated Sexual Abuse of a Child |

The application is based on these facts:

**Affidavit of FBI Special Agent David Delio is incorporated herein by reference.**

&boxtimes; Continued on the attached sheet.
☐ Delayed notice of  30  days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by: *AUSA Christina Reid-Moore*
*[signature] Digitally signed by CHRISTINA REID-MOORE Date: 2024.11.22 16:53:51 -07'00'*

  X      Sworn by Telephone

Date/Time:   November 25, 2024

City and State: Flagstaff, Arizona

*Applicant's Signature*

David Delio, Special Agent - FBI
*Applicant's printed name and title*

Camille D. Bibles
*Digitally signed by Camille D. Bibles Date: 2024.11.25 10:00:29 -07'00'*
*Judge's signature*

Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

## Attachment A

## Place to be Searched

The single-family residence located at **23920 Gould Rd., Parker, AZ 85344,** including the curtilage and any outbuildings or storage sheds located on the property, as depicted in the below photograph.



Attachment B

**Items to be Seized**

All items, records, or other property amounting to evidence and instrumentalities of the crimes of, Title 18, United States Code, Sections 1153, 2241(c) and 2246, Aggravated Sexual Abuse of a Child, involving CYLUS MILLER ALVARADO and committed in the approximate one year period prior to June 13, 2023:

A. Children's clothing and other children's items.

B. Clothing, bedding, towels, paper towels, napkins, and similar items.

C. Objects that could be used to sexually assault a victim.

D. Used condoms.

E. Any evidence of physical or sexual assault or items containing such evidence, including but not limited to blood or semen evidence, biological substances that appear to be blood or semen, other substances appearing to be bodily fluids, hairs, fibers, and fingerprints (seen and unseen), and other forensic or trace evidence.

F. Indicia of occupancy and/or ownership of the residence (including visitors to the residence), including mail (e.g., bills) showing a person's address; ownership documents such as deeds, tax documents, or bills of sale; leases or rental documents; identification cards; photographs; and court documents.

G. Photographs and/or video of the entire interior and exterior of the residence described in Attachment A.

- 2 -

In the event any of the property described in Attachment A is locked or otherwise secured, or the agents/officers encounter safes, locked cabinets, and/or other secured containers and/or devices in/on the property described in Attachment A, the investigators may access the property, safe(s), locked cabinet(s), or other secured containers and/or devices to search for evidence as described above.

Further, if the agents/officers deem it necessary to effectuate the search, the agents/officers may physically remove structural components or portions thereof (such as sections of walls, flooring, or other surfaces) to preserve and secure evidence.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## **ELECTRONICALLY-SUBMITTED AFFIDAVIT OF PROBABLE CAUSE**

### **Agent Background and Introduction**

1. Your affiant is employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and he has been so employed since September 2019. Your affiant has approximately 5 years of experience as a sworn federal law enforcement officer. As a SA of the FBI, I am an investigative or law enforcement officer within the meaning of Section 2510 (7) of Title 18, United States Code (U.S.C.), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18.

2. Your affiant is currently assigned to the FBI Phoenix Division, Lake Havasu City Resident Agency and is charged with the investigation of crimes occurring in Indian Country. Your affiant's primary duties include the investigation of violent crimes committed in Indian Country, to include the Colorado River Indian Tribes (CRIT) Indian Reservation, which is within the District of Arizona. According to the United States Department of Interior, Bureau of Indian Affairs (BIA) Federal Register, CRIT is a federally recognized Indian tribe, which is eligible to receive services from the BIA. In this regard, the following information was developed by me and/or provided to me by other law enforcement officers, and other persons, in connection with the FBI's investigation of child sexual assaults that occurred on the CRIT Indian Reservation.

3. The information contained in this affidavit is from your affiant's personal knowledge, training, experience, as well as information provided by other law enforcement officers listened herein. Because this affidavit is being made to establish probable cause, your affiant has not listed every fact known regarding this investigation. Your affiant has set forth only the facts necessary to establish probable cause to support the issuance of the requested search warrant.

4. This affidavit supports the application for a search warrant pertaining to the following offenses involving the suspect, Cylus Miller Alvarado (hereinafter ALVARADO),: Title 18, United States Code, Sections 1153, 2241(c) and 2246, Aggravated Sexual Abuse of a Child.

5. Based on the investigation, it is believed that the crimes occurred at the single-family home where ALVARADO lived. The residence is located at 23920 Gould Rd., Parker, AZ 85344, and is more fully described in Attachment A. This application seeks authorization to search the residence for evidence and instrumentalities of the crimes, as described in Attachment B.

**Probable Cause**

6. On June 12, 2023, the Federal Bureau of Investigation was notified by the Colorado River Indian Tribes (CRIT) Police Department (PD) Criminal Investigator (CI) Charlie Solano of reported child sexual assaults committed by ALVARADO, a 22-year-old male, against Jane Doe 1 (hereinafter JD1), a juvenile female, who is the biological niece of ALVARADO. ALVARADO is an enrolled member of the CRIT Tribe, and the assaults were occurring at ALVARADO's residence, located on Gould Rd., Parker, AZ

Case 3:24-mb-04410-CDB   Document 1   Filed 11/25/24   Page 12 of 16

85344 (later identified by investigators to be 23920 Gould Rd., Parker, AZ 85344), which is located on the CRIT Indian Reservation. The sexual assaults were reported to have been ongoing, for approximately one year, while JD1 and JD1's sister, Jane Doe 2 (hereinafter JD2), would stay with ALVARADO on the weekends.

### FBI Forensic Interviews of JD1 and JD2

7. On June 13, 2023, JD1 and JD2 were forensically interviewed by an FBI Child Adolescent Forensic Interviewer at the FBI Lake Havasu City Resident Agency, located at 94 Acoma Blvd., Suite 202, Lake Havasu City, AZ 86403.

8. During the forensic interview of JD1, she stated the following:

i) JD1 and JD2 would go to ALVARADO's house every weekend. About one year ago, ALVARADO started doing stuff to JD1 and she did not have to go there anymore. Alvarado would touch JD1 and this would happen in the bedroom. ALVARADO would tell JD1 to turn towards the wall and he would start touching her chest, buttocks, and thighs with his hands. He would push his hands up and down her chest and rub her groin area in a circular motion.

ii) ALVARADO would show videos to JD1 from his phone. The videos would show a girl and a boy, and the boy was putting his private part in the girl's butt. ALVARADO did the same thing from the video; he would tell JD1 not to move and he would put his private part in JD1's "butt hole." JD1's clothes would be on to start, then ALVARADO would move her clothes down to where he could put it in. ALVARADO would pull his clothes down the same way he pulled down JD1's clothes. ALVARADO would move back and forth, and he would

- 3 -

stop when he wanted to. The last time this occurred was two weeks before the date of the forensic interview, in which she was participating; it occurred on the weekend. What JD1 described happening would occur every time JD1 was at ALVARADO's house; the only time it didn't happen was when she would sleep with JD2 in the fort they made.

9. During the forensic interview of JD2, she stated the following:

   i) JD2 and JD1 go to their uncle's, ALVARADO's, house. JD1 would go into ALVARADO's bedroom and JD2 thought that was suspicious. JD2 thinks they were humping each other in the bedroom. JD2 saw JD1 and ALVARADO humping each other. JD2 indicated to the forensic interviewer that the parts of ALVARADO's and JD1's bodies used during the humping were the front of ALVARADO and the back of JD1, and JD2 pointed to her buttocks and her front private area when describing this to the interviewer. JD1 was laying on her belly when ALVARADO did this to her.

   ii) JD1 was on the edge of the bed and ALVARADO was standing up. JD2 saw ALVARADO humping JD1 through the curtain that acts as a door to ALVARADO's bedroom. ALVARADO and JD1's clothes were on and JD2 could not see any of their body parts. JD2 saw ALVARADO and JD1 in the bedroom together twice.

   iii) The second time ALVARADO and JD1 were on the bed. JD1 was on her belly with her knees tucked under her and her arms were out in front. ALVARADO

was behind her, and he was humping JD1 while she was lying down. JD2 walked in on them during this second incident that she observed.

### Additional Investigation

10. On August 4, 2023, ALVARADO was interviewed at his residence, located at 23920 Gould Rd., Parker, AZ 85344, by FBI SA Joseph Pullia and CRIT PD CI Charlie Solano, regarding the allegations. During the interview, ALVARADO stated the following:

   i) JD1 was ALVARADO's niece, and she was eight or nine years old. JD1 and her sisters, including JD2, would come over to ALVARADO's house, once a month, on the weekends. While watching his nieces, they would make club houses. He would buy them movies and toys.

   ii) All of his nieces would sleep with ALVARADO. He had also caught JD1 watching JD1's mother's phone, which had pictures and videos of JD1's mother and other men on it. ALVARADO would bathe the girls when they would stay the weekend. JD1 had walked in on ALVARADO, twice, while he was taking a shower. ALVARADO denied ever touching JD1's chest, buttocks or groin, or ever touching her inappropriately.

11. On November 19, 2024, SA Delio was informed by CRIT PD CI Ricardo Corral (hereinafter CI Corral) that ALVARADO moved to Tucson, AZ, following the allegations made by JD1 and JD2. CI Corral also informed SA Delio that ALVARADO's home, located at 23920 Gould Rd., Parker, AZ 85344, was currently vacant.

12. On November 22, 2024, your affiant spoke with ALVARADO's mother, R.S.A., outside of 23920 Gould Rd., Parker, AZ 85344. Your Affiant and CI Corral

knocked on the door of the residence and R.S.A. answered the door; she appeared to be living at the residence. R.S.A. told investigators that the family had lost the deed to 23920 Gould Rd., Parker, AZ 85344, and the residence currently did not have a clear owner. Your affiant and CI Corral asked R.S.A. for consent to search the residence and take photographs. R.S.A. denied the request and instructed the investigators to obtain a warrant.

13. ALVARADO is an enrolled member of CRIT and possesses 1/8 Pima Indian blood, 1/8 Colorado River Indian Tribes – Mojave Indian Blood, and 1/8 Colorado River Indian Tribes – Chemehuevi Indian Blood, according to his CRIT Certificate of Indian Blood.

14. Based on experience and training, your affiant knows that trace evidence such as skin cells, blood, hair, and semen—being Deoxyribonucleic Acid (DNA) evidence—as well as fibers, may be transferred and/or deposited during and after a sexual assault. For example, DNA evidence can be transferred to such things as towels, washcloths, paper towels, bedding, clothing items, or other things in close proximity to the assault and in areas where the victim and/or suspect may have been. While sometimes DNA evidence is clearly visible, it often requires observation and analysis by forensic examiners in a laboratory setting to detect, analyze, and/or compare. Such evidence may corroborate the assault and assist in establishing where the assault occurred. Thus, your affiant seeks to search for and seize any bedding, clothing, furniture, condoms, children's items, and any other items that appear to have blood or other trace evidence on them, including any items that could have been used to inflict injury on JD1.

15. The search and seizure of indicia of ownership or occupancy is important in a criminal case. Such information may help establish the location of a crime, potential suspects, potential witnesses, and potential victims. Based on your affiant's training and experience, indicia of ownership and occupancy include such things as: mail (e.g., bills) showing a person's address; ownership documents such as deeds, tax documents, or bills of sale; identification cards; and photographs of the owners or occupants at the residence.

## CONCLUSION

16. Based on the foregoing, your affiant respectfully submits that there is probable cause to support that evidence and instrumentalities of violations of Title 18, United States Code, Sections 1153, 2241(c) and 2246, Aggravated Sexual Abuse of a Child, as further described in Attachment B, are located inside ALVARADO's residence, as further described in Attachment A.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

_____          _____
Executed on (Date)                 David Delio
                                   Special Agent, FBI

__X__ Sworn by Telephone

Date/Time: November 25, 2024

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2024.11.25 10:00:05 -07'00'

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge

- 7 -